No. D–2077. IN RE DISBARMENT OF ARNOPOLE. Disbarment entered. [For earlier order herein, see 526 U. S. 1156.]

No. D–2091. IN RE DISBARMENT OF TURTLETAUB. Sheldon J. Turtletaub, of Port Washington, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2092. IN RE DISBARMENT OF LEWIS. David George Lewis, of White Plains, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2093. IN RE DISBARMENT OF BYKOFSKY. Seth Darryl Bykofsky, of Garden City, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2094. IN RE DISBARMENT OF ONDECK. Thomas P. Ondeck, of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2095. IN RE DISBARMENT OF CONNORS. Charles Augustus Connors III, of San Mateo, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2096. IN RE DISBARMENT OF DURIE. Jack F. Durie, Jr., of Orlando, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2097. IN RE DISBARMENT OF WILKES. John Eric Wilkes, of Salem, Ore., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.